[No. 7146–4–III.  Division Three.  October 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
ALAN MOAD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–1–00018–9, George T. Shields, J.,

entered April 10, 1985. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.